UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>(A) ONE (1) MICROSOFT XBOX SERIES X, SERIAL NO. 118642212117;<br><br>(B) ONE (1) DELL INSPIRON 3520, SERIAL NO. 6V2DHW1; AND<br><br>(C) ONE (1) MICROSOFT XBOX ONE S, SERIAL NO. 226273516<br><br>    Defendants *In Rem*. | Civil No.: |

**VERIFIED COMPLAINT**
**FOR FORFEITURE *IN REM***

The United States of America brings this Verified Complaint for Forfeiture *In Rem* under Supplemental Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

**Nature of the Action**

1. This is a civil action *in rem* pursuant to 18 U.S.C. § 2254, seeking forfeiture of any property subject to forfeiture pursuant to 18 U.S.C. § 2253 (that is, any and all materials or property used or intended to be used in the possession, distribution, or production of child pornography in violation of 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252, and 2060).

**Jurisdiction and Venue**

2.      This Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345; over an action for forfeiture pursuant to 28 U.S.C. § 1355; and over this particular action pursuant to 18 U.S.C. § 2254.

3.     Venue is proper in this district and the Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts and omissions giving rise to the forfeiture occurred in this district.

### The Defendant *In Rem*

4.     The Defendants *In Rem* are: (a) one (1) Microsoft Xbox Series X, Serial No. 118642212117; (b) one (1) Dell Inspiron 3520, Serial No. 6V2DHW1; and (c) one (1) Microsoft Xbox One S, Serial No. 226273516, seized from Samuel A. Arias Matos on January 27, 2022 in Vega Baja, Puerto Rico.

5.     The Defendants *In Rem* is within the possession, custody, or control of the United States.

### Bases for Forfeiture

6.     The Defendants *In Rem* is subject to forfeiture as property used or intended to be used in the possession, distribution, or production of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252(A)(5)(B).

### Facts Supporting Forfeiture

7.     This Verified Complaint fully incorporates the facts contained in the attached Unsworn Declaration.

### Claim for Relief

The United States of America respectfully requests that the Court issue a warrant of arrest for the Defendant *In Rem*; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that the Court enter judgment declaring the Defendant *In Rem* condemned and forfeited to the United States of America for disposition

according to law; and that the Court grant the United States of America such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this       day of        2022.

W. STEPHEN MULDROW
United States Attorney

*s/ Manuel Muñiz-Lorenzi*
Manuel Muñiz-Lorenzi
Assistant United States Attorney
USDC # G03304
Torre Chardón, Suite 201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 772-3945
Email: Manuel.Muniz.Lorenzi@usdoj.gov

## **VERIFIED DECLARATION**

I, Manuel Muñiz-Lorenzi, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Homeland Security Investigations that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this       day of May 2022.

*s/ Manuel Muñiz-Lorenzi*
Manuel Muñiz-Lorenzi
Assistant United States Attorney

## VERIFICATION

I, Courtney Slaten, depose and say that I am a Special Agent with Homeland Security Investigations and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Amended Complaint for Forfeiture *In Rem* and, pursuant to 28 U.S.C. § 1746, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in San Juan, Puerto Rico, this 16th day of May 2022.

Courtney Slaten, Special Agent
Homeland Security Investigations